AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

**FILED**
FEB 14 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No.  4:19 MJ 81 DDN
INFORMATION ASSOCIATED WITH Snapchat username )
THAT IS STORED AT PREMISES )
CONTROLLED BY SNAPCHAT, INC. )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____CENTRAL_____ District of _____CALIFORNIA_____
*(identify the person or describe the property to be searched and give its location)*:

INFORMATION ASSOCIATED WITH Snapchat username                    THAT IS STORED AT PREMISES CONTROLLED BY SNAPCHAT, INC. as described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

as set forth in Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____February 28, 2019_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable David D. Noce_____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☑ until, the facts justifying, the later specific date of    02/14/2020

Date and time issued:  8:24 a.m.  Feb. 14, 2019            *David D. Noce*
                                                                                                   *Judge's signature*

City and state:   St. Louis, MO                            Honorable David D. Noce, U.S. Magistrate Judge
                                                                                                *Printed name and title*

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with the Snapchat profile with username:

that is stored at premises owned, maintained, controlled, or operated by Snapchat, Inc., located at 63 Market Street, Venice, CA 90291.

## ATTACHMENT B

### Particular Things to be Seized

**I. Information to be disclosed by Snapchat, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Snapchat, Inc., including all content, messages, records, files, logs, transactional data or information that have been deleted but are still available to Snapchat, Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Snapchat, Inc. is required to disclose the following information to the government for each account listed in Attachment A:

a. All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, phone numbers, gender, hometown, occupation, and other personal identifiers;
b. All past and current usernames associated with the account;
c. The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;
d. All activity logs including IP logs and other documents showing the IP address, date, and time of each login to the account, as well as any other log file information;
e. All information regarding the particular device or devices used to login to or access the account, including all device identifier information or cookie information, including all information about the particular device or devices used to access the account and the date and time of those accesses;
f. All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;
g. All communications or other messages sent or received by the account between September 14, 2018 and the present;
h. All user content created, uploaded, or shared by the account, including any comments made by the account on photographs or other content between September 14, 2018 and the present;
i. All photographs and images in the user gallery for the account between September 14, 2018 and the present;
j. All location data associated with the account, including geotags between September 14, 2018 and the present;
k. All data and information that has been deleted by the user between September 14, 2018 and the present;

l.  A list of all of the people that the user follows on Snapchat and all people who are following the user (*i.e.*, the user's "following" list and "followers" list), as well as any friends of the user;
m.  A list of all users that the account has "unfollowed" or blocked;
n.  All privacy and account settings;
o.  All records of Snapchat searches performed by the account, including all past searches saved by the account between September 14, 2018 and the present;
p.  All information about connections between the account and third-party websites and applications; and,
q.  All records pertaining to communications between Snapchat, Inc. and any person regarding the user or the user's Snapchat account, including contacts with support services, and all records of actions taken, including suspensions of the account.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 21, United States Code, Section 841 and Title 18, United States Code, Sections 924(c) and 924(j)

, including, for each username identified on Attachment A, information pertaining to the following matters:

(a) Any information or records reflecting associates, accomplices or conspirators;

(b) Any information or records reflecting the sources of supply of controlled substances and individuals involved in the receipt of controlled substances;

(c) Any information or records of rental, lease or ownership of vehicles;

(d) Any information or records relating to the acquisition, use, possession, sale or distribution of controlled substances, firearms and money or currency;

(e) Any evidence that indicates the account holder's state of mind as it relates to the crimes under investigation;

(f) All records and communications

(g) All records and communications concerning preparatory steps to

2

(h) Evidence indicating how and when user's account was accessed to determine the chronological context of account use, account access, and events relating to the crime under investigation;

(i) Evidence indicating the account user's state of mind as it relates to the crimes under investigation;

(j) The identity of the person(s) who created the account, including records that help reveal the whereabouts of such person(s).

(k) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(l) Evidence indicating how and when the Snapchat account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Snapchat account owner;

(m) Evidence indicating the Snapchat account owner's state of mind as it relates to the crime under investigation;

(n) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

3

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Snapchat, Inc., and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Snapchat, Inc.. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Snapchat, Inc., and they were made by Snapchat, Inc. as a regular practice; and

    b.    such records were generated by Snapchat, Inc.'s electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Snapchat, Inc. in a manner to ensure that they are true duplicates of the original records; and

        2.    the process or system is regularly verified by Snapchat, Inc., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____      _____
Date                                              Signature

2